IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD EARL JONES,

    Petitioner,　　　　　　　　　　No. 2:11-cv-3445 KJN P

  vs.

ANTHONY HEDGPETH,

    Respondent.　　　　　　　　　ORDER
_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. This court will not rule on petitioner's request to proceed in forma pauperis.

       Petitioner is incarcerated in Monterey County and was convicted in Los Angeles County. The petition is regarding his conviction in Los Angeles County which is in an area embraced by the United States District Court for the Central District of California.

       Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

////

Accordingly, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's request to proceed in forma pauperis or request for appointment of counsel; and

2. This matter is transferred to the United States District Court for the Central District of California.  28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

DATED: January 3, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jone3445.108b